E. B. LEATHERMAN, Clerk of the Circuit Court for Dade County, etc., *Plaintiff in| Error*, vs. STATE OF FLORIDA, ex rel., ANDREW J. STUBBS, et al., *Defen|dants in Error*.

Division A.

Decision filed February 19, 1931.

*Bart A. Riley,* for Plaintiff in Error;

*J. F. Albert Ecke* and *Frank L. Butts,* for Defendants in Error.

PER CURIAM.—This cause having been heretofore submitted to the court upon the transcript of the record of the judgment herein and briefs of counsel for the respective parties, and the court being now advised of its judgment to be given in the premises, it is considered, ordered and adjudged by the court that the said judgment of the Circuit Court be, and the same is, hereby affirmed upon authority of Leatherman v. Schwab, 98 Fla. 885, 124 So. 459.

Affirmed.

STRUM, C.J., AND ELLIS AND BROWN, J.J., concur.